

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00740-CV

Art **REYNA**,
Appellant

v.

Irene **BALDRIDGE** and Kathy Hill,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03985
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In this accelerated appeal, Appellee's brief is due to be filed with this court on February 2, 2015. *See* TEX. R. APP. P. 38.6(b). On January 30, 2015, Appellee filed an unopposed first motion for extension of time to file the brief until March 4, 2015.

Appellee's motion for extension of time is GRANTED. *See id.* R. 38.6(d). Appellee's brief is due to be filed with this court by March 4, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court